

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-15-00249-CV

**IN THE INTEREST OF M.A.H.T., J.H.T., J.R.T.H., J.I.T.V., B.Z.T.V.**, Minor Children

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVL-002007-D2
Honorable Monica Z. Notzon, Judge Presiding

### ORDER

In accordance with this court's opinion issued this date, this appeal is DISMISSED for lack of jurisdiction. It is ORDERED that no costs shall be assessed against appellant because she qualifies as an indigent under Tex. R. App. P. 20.1.

It is so **ORDERED** on June 17, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2015.

_____
Keith E. Hottle, Clerk